# SUPREME COURT OF HAWAIʻI

Abaya v. Mantell ................. 27195     11/13/2006   Denied     112 Hawaiʻi 176, 145 P.3d 719

Kekona v. Abastillas ............. 24051     10/31/2006   Denied     111 Hawaiʻi 203, 140 P.3d 436

State v. Randles ................. 27087     11/08/2006   Rejected     112 Hawaiʻi 192, 145 P.3d 735